COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

L. E. "Tony" Morrow, Jr.
Attorney at Law
323 E. University Avenue
Lafayette LA 70503

**REHEARING ACTION: March 19, 2014**

**Docket Number: 13   01340-KW**

**STATE  OF LOUISIANA
VERSUS
DAN A. BROWN, JR.**

**Writ Application from Lafayette City Court Parish Case No. DT2011-00613, CT2011-16317, ST2011-00079**

**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. Jimmie C. Peters
    Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dan A. Brown, Jr.** has this day been

    **DENIED.**

cc: Gary J. Haynes, Counsel for  the Respondent